# EXHIBIT A

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)




# Miami-Dade County Civil, Family and Probate Courts Online System

◀ Back to Search

### GARY PENICK VS HARBOR FREIGHT TOOLS, USA, INC.

**Local Case Number:** 2019-018428-CA-01

**Filing Date:** 06/19/2019

**State Case Number:** 132019CA018428000001

**Case Type:** Other Negligence

**Consolidated Case No.:** N/A

**Judicial Section:** CA10

**Case Status:** OPEN

👥 **Parties**                                                          Number of Parties: 2 ➕

🔨 **Hearing Details**                                                  Number of Hearing: 1 ➕

📡 **Dockets**                                                          Dockets Retrieved: 12 ➖

➔ Export to ▼

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 09/19/2019 | | Status Hearing | Hearing | |
| 📄 | 10 | 07/26/2019 | | Order Setting Case Status Report Hearing | Event | **ON 09/19/2019** |
| 📄 | 9 | 07/26/2019 | | Order Setting Case Status Report Hearing | Event | **ON 09/19/2019** |
| | 8 | 07/18/2019 | | Reassignment Pursuant to Administrative Order | Event | **19-05** |
| | 7 | 07/18/2019 | | Reassignment Pursuant to Administrative Order | Event | **19-05** |
| | 6 | 06/21/2019 | | Receipt: | Event | **RECEIPT#:2530011 AMT PAID:$10.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:MASTER CARD TENDER AMT:$10.00 RECEIPT DATE:06/21/2019 REGISTER#:253 CASHIER:MONICA1** |
| | | 06/21/2019 | | 20 Day Summons Issued | Service | |
| | 5 | 06/21/2019 | | 20 Day Summons Issued | Event | *Parties: Harbor Freight Tools USA Inc.* |
| 📄 | 4 | 06/20/2019 | | Email Notice: | Event | **EMAIL ADDRESS:** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 3 | 06/20/2019 | | Receipt: | Event | RECEIPT#:3490274 AMT PAID:$401.00 NAME:RYAN B LAMCHICK (ESQ) 9350 S DIXIE HWY PH 3 MIAMI FL 33156-2944 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401. |
|  2 | 06/19/2019 | | Complaint | Event | |
| 1 | 06/19/2019 | | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: https://www8.miamidade.gov/global/disclaimer/disclaimer.page (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)
| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp)
| Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)
| Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page) (http://www.miamidade.gov)
| Contact Us (http://www.miami-dadeclerk.com/contact.asp)
| About Us (http://www.miami-dadeclerk.com/about.asp)

https://www2.miami-dadeclerk.com/ocs/Search.aspx                                                              7/29/2019

2015 Clerk of the Courts. All Rights reserved.

Filing # 91340570 E-Filed 06/19/2019 12:45:43 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Gary Penick</u>
Plaintiff
    vs.
<u>Harbor Freight Tools, USA, Inc.</u>
Defendant

**II.  TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**III. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

3

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Ryan Lamchick    FL Bar No.: 31098
Attorney or party                                              (Bar number, if attorney)

Ryan Lamchick    06/19/2019
(Type or print name)                                           Date



**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

Harbor Freight Tools USA, Inc.
Tammy Stafford Associate General Counsel
Harbor Freight Tools USA Inc
26541 Agoura Road
Calabasas   CA   91302

07/01/2019

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Item: 2019-513

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Client Entity: | Harbor Freight Tools USA, Inc. |
|---|---|---|
| 2. | Title of Action: | Gary Penick vs. Harbor Freight Tools USA, Inc. |
| 3. | Document(s) Served: | Summons<br>Complaint With Demand for Jury Trial |
| 4. | Court/Agency: | Miami-Dade County Circuit Court of the Eleventh Judicial Circuit |
| 5. | State Served: | Florida |
| 6. | Case Number: | 2019-018428-CA-01 (34) |
| 7. | Case Type: | Damages |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Monday 7/1/2019 |
| 10. | Date To Client: | Monday 7/1/2019 |
| 11. | # Days When Answer Due: 20<br>Answer Due Date: 07/21/2019 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | SOP Sender:<br>(Name, City, State, and Phone Number) | Robert J. Galamaga, Esq.<br>Miami, FL<br>(305) 670-4455 |
| 13. | Shipped To Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 101 |
| 16. | Notes: | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GARY PENICK,

    Plaintiff,

vs.

HARBOR FREIGHT TOOLS, USA, INC.

    Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 2019-018428-CA-01 (34)

BP
# 1193
7/1/19
10:33A

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant: **HARBOR FREIGHT TOOLS, USA, INC.**

By serving it Registered Agent:

**Corporate Creations Network Inc.
11380 Prosperity Farms Rd #221E
Palm Beach Gardens, FL 33410**

    Each defendant is required to serve written defenses to the complaint or petition on Lamchick Law Group. P.A., Plaintiff's Attorney, whose address is 9350 So. Dixie Highway, PH 3, Miami, FL 33156, rgalamaga@lamchick.com, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on _____

Harvey Ruvin, Clerk
As Clerk of the Court

By: __MONICA VALDES__
As Deputy Clerk

Filing # 91340570 E-Filed 06/19/2019 12:45:43 PM

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

GARY PENICK,                               GENERAL JURISDICTION DIVISION

    Plaintiff,                          CASE NO.:

vs.

HARBOR FREIGHT TOOLS, USA, INC.

    Defendant.
_____/

## COMPLAINT WITH DEMAND FOR JURY TRIAL

Plaintiff, GARY PENICK, by and through his undersigned attorney sues Defendant, HARBOR FREIGHT TOOLS, USA, INC., and alleges:

1. This is an action for damages that exceed $15,000.00, exclusive of interest and costs.

2. At all times material hereto, Plaintiff, GARY PENICK (hereinafter Plaintiff), was and is a resident of the State of Florida and otherwise *sui juris*.

3. At all times material hereto, Defendant, HARBOR FREIGHT TOOLS, USA, INC. (hereinafter HFT) was and is a foreign corporation, authorized to do and doing business in the State of Florida, and more particularly in Miami-Dade County, Florida.

4. At all times material hereto, and on December 10, 2017, Defendant HFT was in the business of selling a product known as a Predator 4000 Generator.

5. At all times material hereto, and on December 10, 2017, a Predator 4000 Generator was sold by Defendant HFT to Plaintiff.

6. On or about October 21, 2018, the Plaintiff, while checking the volume of gas in the Predator 4000 Generator, by removing its gas cap located on the top of said generator, suffered,

1

*inter-alia*, a burn to his face and bilateral corneal burns to his eyes.

## HFT
## FIRST CAUSE OF ACTION
## -NEGLIGENCE-

7. Plaintiff herein adopts and re-alleges each allegation of paragraphs 1 through 6 as if fully set forth herein.

8. At all times material hereto, Defendant, HFT, was and is engaged in the business of packaging, distributing, testing, merchandising, and providing the type of Predator 4000 Generator used by the Plaintiff.

9. At all times material hereto, Defendant, HFT, was and is engaged in the business of distributing the afore-described Predator 4000 Generator with the knowledge and intent that such Predator 4000 Generator be used by members of the public, including, but not limited to, Plaintiff.

10. At all times material hereto, Defendant, HFT, knew or foresaw, or in the exercise of reasonable care, should have known or foreseen, that said Predator 4000 Generator would be used by members of the public, including, but not limited to, the Plaintiff.

11. At all times material hereto, Defendant, HFT, was under a duty to the public and to the Plaintiff herein, a foreseeable user of the Predator 4000 Generator to reasonably test, inspect, package, warn, label, distribute, dispense, and market the Predator 4000 Generator in such a manner that persons using said Predator 4000 Generator, such as and including the Plaintiff, would not sustain facial burns to the face and corneas of the eyes when removing the cap to the generator's gas tank while the generator was running.

12. At all times material hereto, Defendant, HFT, breached said duty to exercise due care in reasonably testing, inspecting, packaging, warning, labeling, distributing, dispensing, and marketing the Predator 4000 Generator by failing to exercise reasonable care in the testing,

2

inspecting, packaging, warning, labeling, distributing, dispensing, and marketing said Predator 4000 Generator by:

a. Not adequately informing the Plaintiff that the use of said Predator 4000 Generator would cause a person using said Predator 4000 Generator to suffer, *inter-alia*, a burn to his face and bilateral corneal burns while removing the gas cap to the generator while it was running;

b. Failing to adequately warn potential users of the said Predator 4000 Generator, including the Plaintiff, of the said dangerous condition described herein;

c. Failing to properly test or inspect said Predator 4000 Generator to determine whether such a defect in design or risk of injury existed, as described herein;

d. Other acts of active and passive negligence not yet known.

13. At all times material hereto, while Plaintiff was using said Predator 4000 Generator in a normal manner, and while attempting to check the amount of gas in the tank of the subject generator, the fumes from the gas tank ignited creating a flash explosion which burned his face and corneas, bilaterally.

14. As a direct and proximate result of the afore-described negligence of the said Defendant HFT, Plaintiff was caused to suffer the severe and debilitating personal injuries more fully described herein.

15. As a direct and proximate result of the negligence of the said Defendant HFT, the Plaintiff suffered bodily injury and resulting pain and suffering, significant and permanent loss of an important bodily function, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

3

WHEREFORE, Plaintiff GARY PENICK, demands judgment against the Defendant, HFT, for compensatory damages, trial by jury and costs, as well as pre-judgment interest on those damages for which pre-judgment interest is awardable.

## HFT
## SECOND CAUSE OF ACTION
### - STRICT LIABILITY -

16. Plaintiff herein adopts and re-alleges each allegation of paragraphs 1 through 6 as if fully set forth herein.

17. The Defendant HFT advertised, packaged, labeled, distributed, merchandised, and was compensated for the Predator 4000 Generator which was intended by this Defendant to be used by members of the public, including the Plaintiff.

18. The Predator 4000 Generator described herein was defective when it left the possession of the Defendant HFT.

19. The HFT described herein was expected to and did reach the user without substantial change in the condition in which it was sold.

20. The Defendant HFT knew and foresaw, or should have known and foreseen, that the HFT would be used without inspection for defects by Plaintiff.

21. The subject Predator 4000 Generator was unsafe for its intended use by reason of the defective condition in its design, manufacture, components and failure to have sufficient warning instructions, all of which made the Predator 4000 Generator inherently dangerous for use by the Plaintiff.

22. As a direct and proximate result of the defects in the subject Predator 4000 Generator, the Plaintiff suffered bodily injury and resulting pain and suffering, significant and permanent loss of an important bodily function, disability, disfigurement, mental anguish, loss of

4

capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

23. At all times material hereto, said Defendant HFT was aware of the dangerous propensities of the subject Predator 4000 Generator and was aware of the grave risk of harm created by such Predator 4000 Generator. Notwithstanding such knowledge, said Defendant HFT, acting by and through corporate officers, managing agents, agents, apparent agents, and/or employees, nonetheless distributed, and/or sold said Predator 4000 Generator to the Plaintiff.

24. By virtue of placing a defective, mislabeled, improperly packaged, improperly labeled and unreasonably dangerous product on the market, Defendant HFT is strictly liable for the damages of the Plaintiff.

WHEREFORE, the Plaintiff GARY PENICK demands judgment against Defendant HFT, for compensatory damages, trial by jury and costs, as well as pre-judgment interest on those damages for which pre-judgment interest is awardable.

## HFT
## THIRD CAUSE OF ACTION
## -FAILURE TO WARN-

25. Plaintiff herein adopts and re-alleges each allegation of paragraphs 1 through 6 as if fully set forth herein.

26. At all times material hereto, Defendant HFT knew, or in the exercise of reasonable care should have known, that removing the cap of the Predator 4000 Generator's gas tank while the generator was operating, would cause the fumes from the gas tank to ignite and cause facial burns and corneal burns to the person who removed the cap to the gas tank.

27. At all times material hereto, Defendant HFT had a duty to warn that removing the

5

cap of the Predator 4000 Generator's gas tank while the generator was operating would cause the fumes from the gas tank to ignite and cause facial burns and corneal burns to the person who removed the cap to the gas tank.

28. At all times material hereto, Defendant HFT breached its duty to warn the users of the Predator 4000 Generator, including, but not limited to, the Plaintiff, that removing the cap of the Predator 4000 Generator's gas tank while the generator was operating would cause the fumes from the gas tank to ignite and cause facial burns and corneal burns to the person who removed the cap to the gas tank.

29. As a direct and proximate result of Defendant HFT breaching its duty to warn the users of the Predator 4000 Generator, including the Plaintiff, that removing the cap of the Predator 4000 Generator's gas tank while the generator was operating would cause the fumes from the gas tank to ignite and cause facial burns and corneal burns to the person who removed the cap to the gas tank, Plaintiff suffered bodily injury and resulting pain and suffering, significant and permanent loss of an important bodily function, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff GARY PENICK demands judgment against Defendant, HFT, for compensatory damages, trial by jury and costs, as well as pre-judgment interest on those damages for which pre-judgment interest is awardable.

Dated this 19th day of June, 2019.

LAMCHICK LAW GROUP, P.A.
Counsel for PLAINTIFF
9350 South Dixie Highway, Penthouse #3
Miami, FL 33156

Tel: (305) 670 - 4455
Fax: (305) 670 - 4422
Email: secretary@lamchick.com;
rgalamaga@lamchick.com

By: *s/ ROBERT J. GALAMAGA, ESQ.*
Robert J. Galamaga, Of Counsel
FLORIDA BAR NO. 186703
Ryan B. Lamchick, Esq.
FLORIDA BAR NO. 031098

Filing # 93220487 E-Filed 07/26/2019 12:17:01 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-018428-CA-01
SECTION: CA10
JUDGE: Peter R Lopez

**Gary Penick**

Plaintiff(s) / Petitioner(s)

vs.

**Harbor Freight Tools, USA, Inc.**

Defendant(s) / Respondent(s)
_____/

## ORDER SETTING STATUS HEARING

THIS CASE, having been considered by the Court, after reviewing the file and being otherwise informed in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

This case is scheduled for a status hearing on 09/19/2019 at 9:00 A.M. in Courtroom 12-1 at the Miami Dade County Courthouse, 73 West Flagler Street, Miami, Florida. Failure to appear at the hearing will result in dismissal without further notice.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 26th day of July, 2019.

2019-018428-CA-01 07-26-2019 12:11 PM
Hon. Peter R Lopez

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

CaseNo: 2019-018428-CA-01
Page 2 of 2

**Copies Furnished To:**
Robert Galamaga , Email : rgalamaga@lamchick.com
Ryan Lamchick , Email : rpereira@lamchick.com
Ryan Lamchick , Email : asalazar@lamchick.com
Ryan Lamchick , Email : Secretary@lamchick.com

Filing # 93220497 E-Filed 07/26/2019 12:17:05 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-018428-CA-01
SECTION: CA10
JUDGE: Peter R Lopez

**Gary Penick**

Plaintiff(s) / Petitioner(s)

vs.

**Harbor Freight Tools, USA, Inc.**

Defendant(s) / Respondent(s)
_____/

## ORDER SETTING STATUS HEARING

THIS CASE, having been considered by the Court, after reviewing the file and being otherwise informed in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

This case is scheduled for a status hearing on 09/19/2019 at 9:00 A.M. in Courtroom 12-1 at the Miami Dade County Courthouse, 73 West Flagler Street, Miami, Florida. Failure to appear at the hearing will result in dismissal without further notice.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 26th day of July, 2019.

2019-018428-CA-01 07-26-2019 12:11 PM
Hon. Peter R Lopez

**CIRCUIT COURT JUDGE**
Electronically Signed

CaseNo: 2019-018428-CA-01
Page 2 of 2

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**
Robert Galamaga , Email : rgalamaga@lamchick.com
Ryan Lamchick , Email : rpereira@lamchick.com
Ryan Lamchick , Email : asalazar@lamchick.com
Ryan Lamchick , Email : Secretary@lamchick.com