## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-23134-BLOOM/Louis

GARY PENICK,

    Plaintiff,

v.

HARBOR FREIGHT TOOLS, USA, INC.,

    Defendant.

_____/

### **ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Enlargement of Time to Comply with the Court's Order of August 14, 2020, ECF No. [61] ("Motion"). The Court has reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On July 29, 2019, this lawsuit was removed to this Court, and on August 21, 2019 the Court entered its initial Scheduling Order, ECF No. [10]. Since then, the Court has amended the Scheduling Order on five occasions: April 22, 2020, ECF No. [24]; April 28, 2020, ECF No. [26]; May 12, 2020, ECF No. [30]; August 14, 2020, ECF No. [44]; and August 27, 2020, ECF No. [48]. The August 14, 2020 Order set September 17, 2020 as the discovery deadline, September 29, 2020 as the deadline to file pre-trial motions, and December 7, 2020 as the deadline for the parties to submit a joint pre-trial stipulation. ECF No. [44]. The August 27, 2020 Order kept all of these deadlines in place except to require Plaintiff to disclose his liability experts by September 2, 2020, provide Defendant with dates for depositions by September 11, 2020, and for depositions to occur no later than September 17, 2020. ECF No. [48]. Trial is scheduled for the Court's two-week trial period commencing on January 4, 2021.

Case No. 19-cv-23134-BLOOM/Louis

Against this background, on September 3, 2020, the Court denied Plaintiff's motion to continue trial and to extend pre-trial deadlines, finding that the motion lacked good cause. ECF No. [50]. The Court explained that the Court "has generously extended the parties' deadlines *numerous times*," "Plaintiff has been given numerous opportunities to comply with the pre-trial deadlines," and that "no further extensions are justified." *Id.* at 2 (emphasis in original).

Plaintiff now moves for an extension of pre-trial deadlines and to again amend the Court's scheduling order because his counsel "has been unable to comply" with deadlines "[f]or reasons beyond the control of Plaintiff's counsel," including his family's health issues. ECF No. [61] at 1. The Court is sympathetic to Plaintiff's counsel's burdens and his family's wellbeing, but he does not present good cause for *another* extension of time to comply with deadlines. Indeed, he presents no grounds for the Court to reconsider its prior determination that no further extensions are justified.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [61]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record