UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23134-BLOOM/Louis

GARY PENICK,

    Plaintiff,

v.

HARBOR FREIGHT TOOLS, USA, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Enlargement of Time, ECF No. [85] ("Motion"). The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On December 3, 2020, Defendant filed a Rule 59(e) motion to amend the Court's Order on summary judgment, ECF No. [81], and on December 4, 2020, a motion in limine, ECF No. [82] (collectively, "Underlying Motions"). Pursuant to Local Rule 7.1(c), Plaintiff's responses to the Underlying Motions are due December 17 and 18, 2020. Plaintiff represents that he seeks an extension until January 15, 2021 because his counsel "has not been able to timely and properly address" the Underlying Motions given lingering medical concerns related to a bug bite before the Underlying Motions were filed, difficulty working remotely, change in his employment status, COVID-19 issues affecting his assistant, and a scheduled vacation from December 13 until January 4, 2021.

Upon review, the Court finds good cause for an extension through January 15, 2021. First, it is the Court's preference for motions to be resolved on the merits with full consideration of the

issues properly framed before it. As such, even though the Court is authorized to grant a motion by default where no response is filed, *see* Local Rule 7.1(c), the Court finds good cause for the requested extension. Such an extension is particularly appropriate here as Defendant effectively re-seeks summary judgment on Plaintiff's last remaining claim. The Court also notes that Defendants' Underlying Motions run afoul of Local Rule 7.1(a)(3) in that each motion fails to contain a pre-filing conferral certificate. The Court is plainly vested to deny the Underlying Motions on this basis alone. *See id.* Third, given Plaintiff's counsel's expressed recent challenges, both personal and professional, the requested extension is appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [85]**, is **GRANTED**. Plaintiff shall respond to the Underlying Motions, ECF Nos. [81] and [82], by **January 15, 2021**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 18, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record