UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GARY R. PENICK

    Plaintiff,

v.                                                                               Case No. 1:19-cv-23134-BB

HARBOR FREIGHT TOOLS, USA, INC.

    Defendant.

_____/

## DEFENDANT'S TRIAL EXHIBIT LIST

In accordance with the Court's Order, ECF No. [100], Defendant hereby files its Trial Exhibit List.

1) **Photographs of Predator 4000 Portable Gasoline Generator taken by Plaintiff's Counsel**

2) **Owner's Manual for Predator 4000 Portable Gasoline Generator**

3) **Curriculum Vitae(s)**

    a) Thomas Young, IAAI, CFI, (V) CFEI, CFII

    b) Carl Ivan Schulman, MD, PhD, MSPH, FACS

    c) Carol Lynn Karp, MD

4) **Report(s) Prepared by**

    a) Thomas Young, IAAI, CFI, (V) CFEI, CFII

    b) Carl Ivan Schulman, MD, PhD, MSPH, FACS

    c) Carol Lynn Karp, MD

5) **Affidavit(s) Prepared by**

    a) Thomas Young, IAAI, CFI, (V) CFEI, CFII

6) **Plaintiff's Responses to Defendant's Requests for Admission**

7) **Plaintiff's Responses to Defendant's Requests for Production**

8) **Plaintiff's Answers to Defendant's Interrogatories**

9) **All Documents Produced in Discovery**

10) **Deposition Transcripts**

      a)      Gary Penick (May 8, 2020)

      b)      Sara Perez (September 2, 2020)

11) **Medical Records**

      a)      West Kendall Baptist Hospital

      b)      Kendall Regional Medical

      c)      Kendall Regional Burn Center

      d)      Charles Kaiser, MD

      e)      Center for Excellence in Eye Care

      f)      South Miami CritiCare

      g)      University of Miami Hospital

      h)      Baptist Hospital

      i)      Emergency Physicians Solutions of South Florida

      j)      Kendall Surgical Specialist

      k)      Walgreens


Respectfully submitted,

/s/ *Taylor K. McKnight*

LEWIS BRISBOIS BISGAARD & SMITH LLP
John A. Rine
Taylor K. McKnight

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Service of Electronic Filing to **Robert J. Galamaga, Esq.**, The Law Office of Robert J. Galamaga, at the following designated email addresses: robertgalamaga@aol.com.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Taylor K. McKnight*

JOHN A. RINE
Florida Bar Number 989400
Email:john.rine@lewisbrisbois.com;
flcourtmail@lewisbrisbois.com;
karen.halsey@lewisbrisbois.com
TAYLOR K. MCKNIGHT
Florida Bar Number 98687
Email:taylor.mcknight@lewisbrisbois.com;
flcourtmail@lewisbrisbois.com;
alyson.waller@lewisbrisbois.com
401 East Jackson Street, Suite 3400
Tampa, Florida 33602
Phone: 813-739-1900; Fax: 813-739-1919
Attorneys for Defendant